UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCMAHON, | Case No. 25-cv-05121-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, et al., | |
| Defendants. | |

A case management conference was held on November 18, 2025. Having considered the parties' proposals, *see* Dkt. No. 32, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 17, 2026 |
| Close of Fact Discovery | May 15, 2026 |
| Exchange of Opening Expert Reports | June 1, 2026 |
| Exchange of Rebuttal Expert Reports | June 15, 2026 |
| Close of Expert Discovery | June 29, 2026 |
| Dispositive Motion Hearing Deadline | August 13, 2026, at 2:00 p.m. |
| Pretrial Conference | November 10, 2026, at 3:00 p.m. |
| Jury Trial (five days) | November 30, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 11/21/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge