UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCMAHON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY OF THE MIDWEST, GEICO INSURANCE AGENCY, LLC, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 4:25-cv-05121-HSG<br><br>**ORDER EXTENDING THE DEADLINE FOR COMPLETION OF MEDIATION** |

WHEREAS the Parties to the above captioned action, through their counsel of record, have submitted a Joint Motion Upon Stipulation to Extend the Deadline for Completion of Mediation and finding good cause for the extension requested by the Parties,

**IT IS HEREBY ORDERED** that:

The deadline for completing mediation in this action is hereby extended to April 20, 2026.

**SO ORDERED.**

Dated:   1/26/2026

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 1 -
ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION