UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCMAHON, an individual, | Case No. 4:25-cv-05121-HSG |
| Plaintiff, | **ORDER GRANTING JOINT MOTION UPON STIPULATION TO EXTEND DEADLIN TO COMPLETE MEDIATION** |
| v. | |
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, GEICO INSURANCE AGENCY, LLC, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES 1 to 50, inclusive, | |
| Defendants. | |

WHEREAS the Parties to the above captioned action, through their counsel of record, have submitted a Joint Motion Upon Stipulation to Extend Deadline to Complete Mediation and finding good cause for the extension requested by the Parties,

**IT IS HEREBY ORDERED** that:

The deadline for the Parties to complete mediation is extended to August 7, 2026.

**IT IS SO ORDERED.**

Dated:   4/14/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION