UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCMAHON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY OF THE MIDWEST, GEICO INSURANCE AGENCY, LLC, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 4:25-cv-05121-HSG<br><br>Honorable Haywood S. Gillam<br><br>**ORDER GRANTING JOINT MOTION UPON STIPULATION TO EXTEND CERTAIN PRE-TRIAL DEADLINES** |

WHEREAS the Parties to the above captioned action, through their counsel of record, have submitted a Joint Motion Upon Stipulation to Extend Certain Pre-Trial Deadlines, and finding good cause for the extension requested by the Parties,

**IT IS HEREBY ORDERED** that:

The deadlines set forth in the Scheduling Order dated November 1, 2025, are extended to as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | May 15, 2026 | August 6, 2026 |
| Exchange of Opening Expert Reports | June 1, 2026 | August 20, 2026 |
| Exchange of Rebuttal Expert Reports | June 15, 2026 | September 3, 2026 |
| Close of Expert Discovery | June 29, 2026 | September 17, 2026 |
| Deadline to Hear Dispositive Motions | August 13, 2026 | October 1, 2026 |

ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES

**IT IS SO ORDERED.**


Dated:    5/15/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 2 -
ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES