United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK MCMAHON,

Plaintiff,

v.

HOMESITE INSURANCE COMPANY OF THE MIDWEST, et al.,

Defendants.

Case No. 25-cv-05121-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on July 23, 2026. Having considered the parties' proposals, *see* Dkt. No. 58, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to Complete Mediation | October 9, 2026 |
| Close of Fact Discovery | October 9, 2026 |
| Exchange of Opening Expert Reports | October 20, 2026 |
| Exchange of Rebuttal Expert Reports | October 27, 2026 |
| Close of Expert Discovery | November 3, 2026 |
| Dispositive Motion Hearing Deadline | November 5, 2026, at 2:00 p.m. |
| Pretrial Conference | November 17, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | November 30, 2026, at 8:30 a.m. |

If the home inspection does not go forward as scheduled on August 7, 2026, as contemplated by Dkt. No. 58, the parties' joint stipulation and proposed order, the case will be subject to dismissal for failure to prosecute without further notice. The Court also notes that under the revised schedule, any dispositive motion will have to be filed before the close of fact discovery

United States District Court
Northern District of California

and before the mediation deadline, so the parties should start planning now to be sure they meet all relevant deadlines.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 58, the parties' stipulation and proposed order.

**IT IS SO ORDERED.**

Dated: 8/5/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge